JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

ANTONIO CRUZ-NUNEZ,
Petitioner,
v.
FERETI SEMAIA, et al.,
Respondents.

No. 5:26-cv-06172-BFM

**JUDGMENT**

Pursuant to the Order Denying Petition (ECF 12), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is denied without prejudice. The Court directs the Clerk of Court to close this case.

DATED: 11/6/2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE